**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCOS CHACON,

Defendant.

Case No. 2:19-cr-00139-SVW-2

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)]

On October 2, 2026, Defendant Marcos Chacon made his initial on a petition for revocation of supervised release. Robert M. Bernstein was appointed to represent Mr. Chacon.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

Mr. Chacon's history of prior alleged violations and the instant allegations, which reflect the accusation that Mr. Chacon has been out of compliance with his supervision requirements since January 2026. Mr. Chacon has the burden of showing suitability for bond, and submitted on the Pretrial Services Office's recommendation that he be detained.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Based on the above, the Court declines to make findings as to danger.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 13, 2026

/s/

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE